IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTINA DEJESUS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-10-RP |
| BRP US, INC., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On October 7, 2019, the parties dismissed with prejudice all claims brought by Plaintiff Kristina Dejesus against Defendant BRP US, Inc., in this case by joint motion to dismiss, (Dkt. 45), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on October 7, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE